IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

VINCENT E. WALKER,

    Plaintiff,

v.                                           Civil Action No. 3:13CV213

SGT. MARTIN, et al.,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on May 6, 2013, the Court conditionally docketed Vincent E. Walker's action. On May 14, 2013, the United States Postal Service returned the May 6, 2013 Memorandum Order to the Court marked, "RETURN TO SENDER," "NOT DELIVERABLE AS ADDRESSED," and "UNABLE TO FORWARD." Since that date, Walker has not contacted the Court to provide a current address. Walker's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Walker.

                                                    /s/ REP
                                          Robert E. Payne
Date: July 25, 2013                 Senior United States District Judge
Richmond, Virginia